## OHIO SUPREME COURT—Continued

### No. 913

HARDIN-WYANDOT LIGHTING CO. v. PUBLIC
UTILITIES COMMISSION
Ohio Supreme Court
To Appear in —— Ohio State Reports

**309A. PUBLIC SERVICE COMMISSION.**

**Supreme Court will not interfere with order of
Commission unless its action was unlawful or un-
reasonable—Order of fixing gas rates held not un-
reasonable or against weight of evidence—In deter-
mining may consider experience of other cities, as
to future dates.**

PER CURIAM:

Epitomized Opinion

Kenton city council passed an ordinance fixing
the rates to be charged by the Lighting Co. for gas
and gas service in Kenton. The Co. appealed to the
Public Utilities Commission, which raised the rates
set by the council, but not as high as the Co. wished.
In affirming the judgment of the Commission, the
Supreme Court held:

1. The Supreme Court will not substitute its judg-
ment for that of an administrative body created pur-
suant to the act of legislature as to matters within
its province and before it will interfere with the
order of the Public Utilities Commission fixing a
rate, it must appear from a consideration of the rec-
ord that the action of the Commission was unlaw-
ful and unreasonable.

2. A finding of the Public Utilities Commission
as to the charges a utility would be allowed to make
for gas based upon operating expenses, held not
unreasonable or against the weight of evidence.

2. In a price-fixing proceeding, by the State Pub-
lic Utilities Commission, a finding that there was
13 per cent loss of gas, held not unreasonable or
against the weight of evidence.

4. In such a proceeding Commission might con-
sider the experience of neighboring cities under
similar circumstances in making its findings as to
what amount of future sales would be.

Attorneys—C. W. Faulkner, Kenton, and J. C.
Martin, Columbus, for Lighting Co.; C. C. Crabbe,
Atty. Gen., E. E. Corn, Ironton, and L. B. Brown,
City Sol., and C. R. Price, Kenton, for P. U. C.

### No. 914

LIMA TOLEDO R. CO. v. PUBLIC UTIL. COM.
Ohio Supreme Court
No. 17924. Decided June 19, 1923
To Appear in —— Ohio State Reports

**311. RAILROADS.**

**Commission's order denying permission to issue
stock sustained—Commission authorized to deny ap-
plication for issuance of securities based on over-
valuation.**

PER CURIAM:

Epitomized Opinion

Application was made by The Lima Toledo R. Co.
before The Public Utilities Commission for author-

ity to issue and deliver to one Thomas Newhall its
common capital stock of the par value of $1,000,000,
its 7 per cent preferred capital stock of the par value
of $750,000, and its first mortgage 6 per cent 25 year
gold bonds of the principal sum of $1,000,000 as the
agreed consideration for the Interurban Electric
System formerly owned by the Ohio Electric Rail-
way Company extending from the city of Lima to
the city of Toledo. Such a transaction was favorable
to Newhall, the owner. The application was denied
by the Commission upon the ground that the prop-
erty was not of sufficient value for the issuance of
the proposed capital securities, but it did not go
further and fix a value of the property for such
proposition. Error proceedings were then prose-
cuted to the Supreme Court. In sustaining the order
of the Public Utilities Commission, this court held:

1. The application was properly denied, as the
earnings of the property over a considerable period
of time had been insufficient to pay operating ex-
penses and fixed charges, depreciation charges, and
to provide a reasonable return upon the value, equal
to the capitalization sought to be issued.

Under 614-53 to 614-55 GC., authorizing the Pub-
lic Utilities Commission to supervise the issue of
security by utilities and railroads, such Commission
is authorized to deny an application for the issuance
of securities based upon an overvaluation, or upon
which a fair return may not be probably realized
or reasonably expected.

Attorneys—Cable & Cable, Lima, for Railroad Co.;
C. C. Crabbe, Atty Gen., and E. E. Corn, Ironton,
for P. U. C.